Argued and submitted September 27, 1991, affirmed February 12, reconsideration denied April 15, petition for review denied May 26, 1992 (313 Or 300)

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN BOYD WESTON,
*Appellant.*

(10-90-04070A; CA A66118)

823 P2d 1053

Sally L. Avera, Public Defender, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

